UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                        CHAPTER 13 PROCEEDINGS

TIMOTHY WARREN YARNELL        CASE NUMBER: 07-21166
LORI ANN YARNELL                HON: DANIEL S OPPERMAN
              Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $183.46 for deposits in the U. S. Registry as evidenced by the attached Check No. 259210 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from 2010 and 2011 on behalf of the following creditor:

     F J Grafik, Inc.      $183.46        various disbursements from 2010 and 2011

     Not able to locate creditor.

Date: February 22, 2011                           /s/ Thomas W McDonald
                                                     Thomas W McDonald, Jr.
                                                     Chapter 13 Trustee
                                                     3144 Davenport Ave
                                                     Saginaw Mi 48602
                                                     Telephone (989) 792-6766
                                                     ecf@mcdonald13.org